

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2025

No. 04-24-00447-CV

**THE ABADI GROUP COMPANIES, LLC**, and Elias Abadi, Gianluca Ranallo, Alan Levy, and Melanie Levy,
Appellants

v.

**WEINRITTER ST. PAUL SQUARE, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-19896
Honorable Nicole Garza, Judge Presiding

**ORDER**

Sitting:    Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice
            H. Todd McCray, Justice

Before us is appellant The Abadi Group Companies, LLC ("TAG")'s February 28, 2025 Motion to Review Supersedeas Amount and Dissolve Injunction. Appellee Weinritter St. Paul Square, LLC ("Weinritter") filed a response on March 17, 2025. TAG filed a reply on March 27, 2025.

In accordance with this court's memorandum opinion on the motion, and upon consideration of the motion, the response, and the reply, we **grant** the motion and **reverse** the trial court's February 7, 2025 and February 13, 2025 supersedeas bond and injunction orders.

We further **remand** to the trial court to enter an order consistent with this opinion. The trial court is instructed to take evidence, enter an order, and make findings of fact as to: (1) the proper amount of the supersedeas bond, deposit, or alternative security; (2) the proper type of security, (3) the determination of whether to permit suspension of enforcement of the modified final

judgment, (4) the propriety of an injunction, (5) the nature of the injunction, and (6) the evidence adduced as to the security and the injunction.

Accordingly, we **lift the stay** we previously granted on March 5, 2025, as modified April 4, 2025.

We **deny as moot** TAG's pending "motion to clarify and, alternatively, motion for stay" and Weinritter's pending "emergency motion to modify temporary stay."

It is so **ORDERED** on May 21, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court